906

No. 75–1188. KEILEY v. HINKSON, DIRECTOR, PARK-ING VIOLATIONS BUREAU OF NEW YORK CITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1190. WYOMING ET AL. v. KLEPPE, SECRE-TARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–1193. COTRONI ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1213. PIKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1218. RUSSO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–1233. REA EXPRESS, INC. v. CIVIL AERO-NAUTICS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1273. COWSEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1298. AMERICAN ALUMINUM CORP. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 75–1320. COOPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1323. McCRANE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–1324. CONLEY v. ECK ET AL. C. A. 4th Cir. Certiorari denied.